709 A.2d 898

**Timothy STRAUSER, Petitioner,**

**v.**

**April R. STAHR.**

**Steven Stahr, Intervenor/Respondent.**

**Timothy STRAUSER, Petitioner,**

**v.**

**April R. STAHR, Respondent.**

**Steven Stahr, Intervenor.**

**Nos. 0019 and 0020 M.D. Allocatur Docket 1998.**

Supreme Court of Pennsylvania.

April 15, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of April, 1998, we GRANT this Petition for Allowance of Appeal limited to the following issues:

1. Did the Superior Court err in holding that the presumption of paternity applies to this case?
2. Did the Superior Court err in holding that Petitioner did not overcome the presumption of paternity?
3. Did the Superior Court err in holding that it had jurisdiction to entertain this interlocutory appeal?